

ORDERED in the Southern District of Florida on August 16, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  09-27916-RAM |
| MAGALY DEL ROCIO ARAGON, | Chapter  7 |
| Debtor. | |
| _____/ | |

### ORDER GRANTING  DEBTOR'S MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. §350 AND BANKRUPTCY RULE 5010
### [D.E. #43]

**THIS MATTER** came before the Court on  August 16,  2012 at 10:00 a.m. upon the *Debtor's Motion to Reopen Case Pursuant  To 11 U.S.C. §350 and Bankruptcy Rule 5010  [D.E. #43]* ("Application"), and the Court noting no objection or opposition being presented to the Application, and Court having  reviewed the file and is otherwise fully advised in the premises, it is hereby,

**ORDERED,**  that the Application is  GRANTED.  The Debtor's case is reopened for the limited purpose of allowing the Debtor to proceed and seek to avoid or "strip off" the second mortgage on her homestead property.  Nothing in this Order is to be construed or interpreted as a finding or

-2-

ruling by this Court on the Debtor's ability to avoid or "strip off" the second mortgage on her homestead property.

###

Submitted by:

Brian S. Behar, Esquire
bsb@bgglaw.com
Behar, Gutt & Glazer, P.A.
2999 N.E. 191st Street, Fifth Floor
Aventura, Florida 33180
Telephone: (305) 931-3771
Fax: (305) 931-3774

Copies submitted to:

Attorney Brian S. Behar is directed to mail
a conformed copy of this Order to all interested
parties, immediately upon receipt of this Order.